THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Moses Jenkins, Appellant.
 
 
 

Appeal From Horry County 
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2007-UP-274
Submitted June 1, 2007  Filed June 6, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, South Carolina Commission
 on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Appellant,
 Moses Jenkins, pled guilty to three counts of armed robbery.  The trial judge
 gave him twelve year concurrent sentences on each count.  Jenkins counsel attached to the brief a
 petition to be relieved as counsel, stating that she had reviewed the record
 and concluded this appeal lacks merit.  Jenkins did not file a separate pro se brief.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
ANDERSON,
 HUFF, and BEATTY, JJ., concur.
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.